■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE L. POUNDS, Appellant. [827 NYS2d 911]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered February 4, 2005. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LE ROI SEWER, Appellant. [827 NYS2d 911]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered October 8, 2003. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree, robbery in the first degree (four counts) and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMEON RENFRO, Appellant. [827 NYS2d 912]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered January 5, 2005. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.